```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 18-03029-HWV
Ruby K Snyder                                                       Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: admin               Page 1 of 1                  Date Rcvd: Nov 12, 2018
                               Form ID: 318              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db           +Ruby K Snyder,   PO Box 35,   Richfield, PA 17086-0035
5086533       Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
5086535       Commercial Acceptance Co,   2300 Gettysburg Road # 102,   Camp Hill, PA 17011-7303
5086537      +Freedom Mortgage,   907 Pleasant Valley Suite 3,   Mount Laurel, NJ 08054-1210
5086540       Shipley Energy,   415 Norway Street,   P.O. Box 5006,   York, PA 17405-5006
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5086532       EDI: BANKAMER.COM Nov 12 2018 23:43:00      Bank of America,   PO Box 982238,
               El Paso, TX 79998
5086534      +EDI: WFNNB.COM Nov 12 2018 23:43:00      Comenity Bank/LnBryant,   PO Box 182789,
               Columbus, OH 43218-2789
5086536       E-mail/Text: tuscolsup@fisglobal.com Nov 12 2018 18:39:09
               Complete Payment Recovery Services,   Claims Accounting,   PO Box 30272,
               Tampa, FL 33630-3272
5086538      +EDI: PHINAMERI.COM Nov 12 2018 23:43:00      GM Financial,   P.O. Box 181145,
               Arlington, TX 76096-1145
5087241      +EDI: PRA.COM Nov 12 2018 23:43:00      PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
5086539       E-mail/Text: bankruptcynotices@psecu.com Nov 12 2018 18:39:10      PSECU,   PO Box 67013,
               Harrisburg, PA 17106-7013
5086541      +EDI: RMSC.COM Nov 12 2018 23:43:00      SYNCB Lowes,   P.O. Box 965005,   Orlando, FL 32896-5005
5086542       EDI: USAA.COM Nov 12 2018 23:43:00      USAA Savings Bank,   10750 McDermott Fwy,
               San Antonio, TX 78288-1600
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp   on behalf of Debtor 1 Ruby K Snyder jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Ruby K Snyder** | Social Security number or ITIN  xxx–xx–0093 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _  EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Middle District of Pennsylvania**

Case number:  **1:18–bk–03029–HWV**

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ruby K Snyder
aka Kathy Snyder

**By the court:**

November 12, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**