```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                  Case No. 18-03029-HWV
Ruby K Snyder                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1            User: admin              Page 1 of 1           Date Rcvd: Mar 25, 2019
                                Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db             +Ruby K Snyder,    PO Box 35,    Richfield, PA 17086-0035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Ruby K Snyder jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,    PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ruby K Snyder,                         Chapter     7
aka Kathy Snyder,

       **Debtor 1**                     Case No.     1:18−bk−03029−HWV

Social Security No.:
                   xxx−xx−0093

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

                       **Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

                                              BY THE COURT

Dated: March 22, 2019                 By the Court,

*[Signature: Henry W. Van Eck]*

                                              Honorable Henry W. Van Eck
                                              United States Bankruptcy Judge
                                              By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)